IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JASON KERTZ**                                                                                    **PLAINTIFF**

VS.                          No. 4:21-cv-00446 KGB/PSH

**KILOLO KIJAKAZI, Acting Commissioner,**
   **Social Security Administration**                                              **DEFENDANT**

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court Clerk within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Defendant Kilolo Kijakazi ("Kijakazi"), in her unopposed motion for voluntary remand (docket entry no. 16) requests that this case be reversed and remanded for further administrative proceedings. For good cause shown, the Court recommends that the unopposed motion to reverse and remand be granted pursuant to "sentence four" of 42 U.S.C. § 405(g). *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO RECOMMENDED this 22nd day of March, 2022.

_____
UNITED STATES MAGISTRATE JUDGE