# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JASON KERTZ**                                                                    **PLAINTIFF**

**VS.**          **CASE NO. 4:21CV00446 PSH**

**KILOLO KIJAKAZI, Acting Commissioner,**
   **Social Security Administration**                                    **DEFENDANT**

## ORDER

On February 28, 2022, defendant Kijakazi filed an unopposed motion to reverse and remand this matter for further administrative proceedings. Docket entry no. 16. On March 22, 2022, the undersigned entered a Proposed Recommendation that the defendant's motion should be granted. Docket entry no. 17. The parties subsequently consented to the undersigned's jurisdiction. Docket entry no. 18. In light of the parties' consent, the Court withdraws the Proposed Recommendation and instead GRANTS the motion to reverse and remand.

This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 18th day of April, 2022.

                                                                                                    _____
UNITED STATES MAGISTRATE JUDGE