IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JASON KERTZ**                                                                                               **PLAINTIFF**

**VS.**                           **CASE NO. 4:21CV00446 PSH**

**KILOLO KIJAKAZI, Acting Commissioner,**
   **Social Security Administration**                                                     **DEFENDANT**

# JUDGMENT

Pursuant to the Order filed in this matter this date, this case is remanded for further proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 18th day of April, 2022.

_____
UNITED STATES MAGISTRATE JUDGE