# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JASON KERTZ**                                                                                          **PLAINTIFF**

**VS.**                           **NO. 4:21-cv-00446 PSH**

**KILOLO KIJAKAZI,**
**ACTING COMMISSIONER OF SOCIAL**
**SECURITY ADMINISTRATION**                                                          **DEFENDANT**

## ORDER

Now before the Court is plaintiff Jason Kertz's ("Kertz") motion for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 (Doc. No. 21). Defendant Kilolo Kijakazi ("Kijakazi") does not oppose the motion.

The motion is GRANTED, and an EAJA award in the amount of $5,426.08 ($5,396.50 in fees and $29.58 in expenses) is approved. Kijakazi also does not object to Kertz's request for reimbursement of the filing fee, $402.00, to be paid from the judgment fund. There is nothing unreasonable about the hours of work performed or the hourly rate requested. Because the award belongs to Kertz, and not his attorney, as set forth in *Astrue v. Ratliff*, 560 U.S. 586 (2010), the Department of Treasury shall issue payment of this award by check made payable to Kertz, in care of his attorney,

Nicholas Lynn Coleman, and shall mail the check to Mr. Coleman at his Bentonville, Arkansas, address.

    IT IS SO ORDERED this 3rd day of June, 2022.

                                                                _____
                                                                UNITED STATES MAGISTRATE JUDGE